United States District Court
Southern District of Texas
**ENTERED**
October 07, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ART SHABAN d/b/a WESTHEIMER PAINT & BODY, § § § Plaintiff, § § v. § § THE HERTZ CORPORATION, § § Defendant. § | CIVIL ACTION NO. H-19-0987 |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order, Plaintiff's claims are **DISMISSED WITH PREJUDICE** and Defendant's counterclaim is **DISMISSED WITHOUT PREJUDICE.**

Each party is responsible for its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 7th day of October, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE